IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00326-KLM

NOEL CASTORENA,
ANGELES SALAS, and
ELIZABETH SANCHEZ, on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

EL TROMPITO, INC., doing business as El Trompito Taqueria,
ANTUNEZ HOLDINGS, INC., doing business as El Trompito,
LUIS ALFONSO ANTUNEZ, and
SILVIA ANTUNEZ,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Notice of Settlement** [#26], which indicates that all claims in this matter have been resolved. Accordingly,

      IT IS HEREBY **ORDERED** that the Scheduling Conference set for June 27, 2014 at 10:30 a.m. is **VACATED**.

      IT IS FURTHER **ORDERED** that Plaintiffs' Motion for Conditional Certification as a Collective Action and for Court-Authorized Notice [#7] is **DENIED as moot**.

      IT IS FURTHER **ORDERED** that dismissal papers shall be filed **on or before June 27, 2014**.

      Dated:  June 24, 2014